TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00084-CR

Luis Tellez, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT

NO. 0942511, HONORABLE CHARLES CAMPBELL, JUDGE PRESIDING

PER CURIAM

A jury found appellant guilty of injury to a child. The district court assessed punishment
at imprisonment for three years.

Appellant is represented by retained counsel. No request for a free record was made and
the appeal is before us without a reporter's record. Appellant's counsel has filed a brief stating that there
are no meritorious points of error.

The judgment of conviction is affirmed.

Before Justices Powers, Aboussie and B. A. Smith

Affirmed

Filed: September 11, 1997

Do Not Publish